UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-80038-CIV-BLOOM/VALLE

**COMMODITY FUTURES TRADING COMMISSION**,

    Plaintiff,

v.

**VERTICAL INTEGRATION GROUP LLC**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on a *sua sponte* review of the record. On July 22, 2014, Plaintiff filed a Motion for Stay of Amended Scheduling Order, ECF No. [20], which the Court granted in part—staying the Amended Scheduling Order, ECF No. [19], until September 22, 2014. ECF No. [21]. In the Motion, Plaintiff indicated that Plaintiff anticipated filing a "Motion and Supporting Memorandum for Entry of Default Judgment, Permanent Injunction, Civil Monetary Penalties, and Ancillary Equitable Relief" within 60 days—by September 22, 2014. *See* ECF No. [20] at 2. This is the same day as the first day of the two-week trial period set for this case. *See* ECF No. [19]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff shall file a status report with the Court by **12:00 p.m. on September 22, 2014**, advising the Court of the status of this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 18th day of September, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record